# United States District Court
# For The Western District of North Carolina
# Statesville Division

JOSEPH CATONE,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                  CASE NO. 5:08CV132

JOHN E. POTTER, POSTMASTER GENERAL,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2010, Order.

                                           Signed: March 22, 2010

                                           Frank G. Johns, Clerk
                                           United States District Court